UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-01657 JVS (PJWx) | Date | March 10, 2011 |
| Title | See Jun Kim v. Center Bank, et al. | | |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution and Vacating Scheduling Conference

**On January 10, 2011, the Court granted defendants' motion to dismiss without prejudice.  Plaintiff was granted 30 days to amend the complaint.    As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than March 21, 2011,  why this action should not be dismissed for lack of prosecution.**

**The Court further ORDERS the Scheduling Conference set for Monday, March 21, 2011 at 10:30 a.m. vacated, to be reset on a later date if necessary.**

:   00

Initials of Preparer   kjt